IN **THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| In re: Herbert L. Lyttle and Ellen S. Lyttle, | Case No. 21-60006 |
| | Chapter No. 7 |
| Debtors. | Judge Laura K. Grandy |

### CERTIFICATION OF RYAN GALLOWAY IN SUPPORT OF ESTIMATED ITEMIZATION OF WORK COMPLETED

1. Pursuant to the Court's Order, I submit this certification in support of an itemization of work performed by UpRight Law in this case to date.

2. I am Associate General Counsel and Vice President of Legal Delivery with Deighan Law LLC, and Illinois Limited Liability Company doing business as UpRight Law LLC in the State of Illinois, a national consumer bankruptcy law firm headquartered in Chicago, Illinois. I have personal knowledge of the electronic record system used by UpRight Law.

3. I am an attorney licensed to practice law in Illinois.

4. I have personal knowledge of the facts set forth in this Certification or I have obtained information about those facts from other UpRight Law staff and if called to testify, I could competently testify to such facts.

5. The attached estimated itemization is a statement of work that was prepared based on records from the electronic record system used by UpRight Law and the records of UpRight Law partner James Ford relating to work in this case. See Exhibit A.

1

      This was a flat fee case and therefore some of these itemizations include estimates of time for some events.

6. The Attorney-Client Legal Services Agreement provides for a flat fee but that the rate for additional services is $395.00 per hour for attorney time and $125.00 for paraprofessional time.

7. James Ford is an UpRight Law Partner attorney who has been licensed to practice law in Illinois since November 3, 1978. He is a partner attorney with UpRight Law. He has a J.D. from Washington University School of Law. He has a B.A. from Southern Illinois University.

8. Francesca Ragucci was a Senior Client Consultant. She studied Finance at the University of Illinois at Chicago.

9. Bryan Spurgeon is an Associate Attorney at Upright Law. He has a J.D. from De Paul University College of Law. He has a B.A. from Florida State University. He has been licensed to practice law in Illinois since November 9, 2017.

10. John McComb is with Partner Relations. He has worked for UpRight Law since August of 2018. He has a B.A. from the University of Illinois at Urbana Champaign. He served in the United States Marine Corps from 2013 until 20_17.

11. Rachel Williams is an Associate Attorney. She has a J.D. from Thomas M. Cooley School of Law. She has a B.A. from Marquette University. She has been licensed to practice law in Wisconsin since April 26, 2013.

12. Adrianna Bonney is a Customer Service Executive. She has a A.S. from Moraine Valley Community College.

13. The estimated value of services at applicable rates for this case is $ 4,065.50. The total amount collected from Herbert and Ellen Lyttle was $1,250.00 for the attorney fee plus $335.00 for the filing fee for a total of $1,585.00.

_____
Ryan M. Galloway