| Date* | Name | Position | Rate | Comment Summary* | Time* | Value* |
|---|---|---|---|---|---|---|
| 7/26/2019 | Francesca Ragucci | Non-attorney Staff | $ 125.00 | Initial phone conversation with client; gather basic information to provide to staff attorney; open file; submit the file for staff attorney review and approval. Changed file status to Assign Partner Attorney. | 1.0 | $ 125.00 |
| 7/28/2019 | Bryan Spurgeon | Staff Attorney | $ 250.00 | Approved based on intake information. Prepared and sent Retainer, assigned Partner attorney, changed status from hired to AA approved. | 0.5 | $ 125.00 |
| 7/29/2019 | John McComb | Non-attorney Staff | $ 125.00 | Scheduled compliance call. | 0.1 | $ 12.50 |
| 7/29/2019 | James Ford | Partner Attorney | $ 395.00 | Compliance call with client. Approved the intake | 0.8 | $ 316.00 |
| 8/2/2019 | James Ford | Partner Attorney | $ 395.00 | Phone conversation with clients regarding their case. | 0.2 | $ 79.00 |
| 8/5/2019 | UpRighter | Non-attorney Staff | $ 125.00 | Confirmed clients' representation. | 0.1 | $ 12.50 |
| 3/11/2020 | UpRighter | Non-attorney Staff | $ 125.00 | Confirmed clients' representation. | 0.1 | $ 12.50 |
| 5/5/2020 | James Ford | Partner Attorney | $ 395.00 | Phone conversation with client regarding documents and forms, sent email, worked on case. | 0.4 | $ 158.00 |
| 5/11/2020 | Rachel Williams | Staff Attorney | $ 250.00 | Drafted Petition and Schedules, sent PIF email to Partner Attorney | 1 | $ 250.00 |
| 9/11/2020 | James Ford | Partner Attorney | $ 395.00 | Left message to client in response to the email. | 1 | $ 395.00 |
| 1/13/2021 | Adrianna Bonny | Non-attorney Staff | $ 125.00 | Updated clients' information on file. Sent new Retainer. | 0.1 | $ 12.50 |
| 1/21/2021 | James Ford | Partner Attorney | $ 395.00 | Partial Petition preparation | 2 | $ 790.00 |
| 1/22/2021 | James Ford | Partner Attorney | $ 395.00 | Reviewed Petition, made amendmends to petition and schedules, filed Petition. | 4.3 | $ 1,698.50 |
| 3/4/2021 | James Ford | Partner Attorney | $ 395.00 | Attended telephonic 341 Meeting of Creditors. | 0.2 | $ 79.00 |

Estimated Value of Services Rendered * = $ 4,065.50
Total Attorney Fees Collected from Client Pre-Filing = $ 1,250.00

1

| Date* | Name | Position | Rate | Comment Summary* | Time* | Value* |
|---|---|---|---|---|---|---|

\* Additional notes: This Estimated Itemization of Work Completed is provided pursuant to Court Order, and it sets forth general estimates of work done, service providers, dates, and duration. The content is not and was not for client billing purposes; all fee arrangements were based on a flat fee, and potentially other terms stated in a retention agreement plus actual events. Consistent with flat fee practice, service providers at UpRight Law did not always maintain complete and precise contemporaneous time records.

The content herein derives primarily from UpRight Law's client relationship management (CRM) database, partner attorney records, payment records, and potentially in some cases from portions of the PACER record. However, the following types of entries are or may be approximations or depictions based upon law firm training, experience, supervision, protocols, procedures, and the totality of circumstances, and may not be expressly described in the CRM as they are described in this statement: (a) specific contents of the initial client contact (which routinely includes an initial phone conversation, the gathering of basic information, and file administration tasks), (b) retention or retainer agreements (which generate in every case in conjunction with status and stage changes), (c) entries under the "Time" (duration) column (due to the nature of flat fee practice), (d) Partner Attorney (PA) time conferring with the client and drafting the petition (which occurs as a matter of course in each filed case), and (e) informing the client of discharge (same). The CRM, PACER record, court filings, and any correspondence with any trustee control in the event of any discrepancy with any content herein. PACER records control over any erroneous CRM content.