# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| IN RE: | ) | In Proceedings Under |
| | ) | Chapter 7 |
| HERBERT L. LYTTLE | ) | |
| ELLEN S. LYTTLE | ) | Bk. No.: 21-60006 |
| | ) | |
| Debtors. | ) | |

## ORDER

This matter is before the Court on the Debtors' Motion to Extend Time to file Reaffirmation Agreement (Doc. #21).  Said motion is GRANTED and the Discharge Date in this case is extended thirty (30) days from the date of this Order for the limited purpose of allowing the Debtors to file a reaffirmation agreement with creditor Nationstar Mortgage LLC d/b/a Mr. Cooper.

Counsel for the moving party shall serve a copy of this order by mail to all interested parties who were not served electronically.

ENTERED: May 3, 2021

/s/ Laura K. Grandy
───────────────────────────────
UNITED STATES BANKRUPTCY JUDGE/3