IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

HERBERT & ELLEN LYTTLE

vs

**CASE NO** 21-60006
**CHAPTER:** 7

**DATE:** May 26, 2021
**PLACE:** Benton

**PRESENT:** Honorable Laura K. Grandy, US Bankruptcy Judge

**COUNSEL FOR PLAINTIFF:** James Ford       Appears

**COUNSEL FOR DEFENDANT:**

**PROCEEDINGS:** STATUS HRG RE: Estimated Itemization of Work Completed

**MINUTES OF COURT:**

Case is called for status hearing regarding the Estimated Itemization of Work Completed filed by James Ford. Charles Armgardt appears as counsel for UpRight Law LLC and James Ford. Mark Skaggs appears as counsel for the United States Trustee. The hearing on the Estimated Itemization of Work Completed is continued to August 4, 2021, for a telephonic hearing, at 9:00 a.m. in the Bankruptcy Court, Benton, IL. No further notice to issue. Mark Skaggs is to file any Motions for 2004 Exam within 14 days.

Donna Beyersdorfer
Clerk of Bankruptcy Court

By: /s/Thala Krieger
Deputy Clerk

**NOTE: THESE WRITTEN MINUTES ARE A CLERICAL ENTRY OF THE COURT PROCEEDINGS FOR RECORD KEEPING PURPOSES ONLY. THEY ARE NOT AND SHOULD NOT BE CONSTRUED AS THE ORDER OF THE COURT, WHICH WAS ORALLY DELIVERED. CONSULT THE TRANSCRIPT OF PROCEEDINGS FOR THE ACTUAL ORDER.**