**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | **Herbert L. Lyttle** | Social Security number or ITIN  **xxx–xx–6765** |
| | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2 | **Ellen S. Lyttle** | Social Security number or ITIN  **xxx–xx–9319** |
| (Spouse, if filing) | First Name   Middle Name   Last Name | EIN  _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   **Southern District of Illinois**

Case number:   **21–60006–lkg**

# Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Herbert L. Lyttle
aka Len Lyttle

Ellen S. Lyttle

6/3/21

**By the court:** /s/ Laura K. Grandy
United States Bankruptcy Judge

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

Southern District of Illinois

| | |
|---|---|
| In re: | Case No. 21-60006-lkg |
| Herbert L. Lyttle | Chapter 7 |
| Ellen S. Lyttle | |
| Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0754-6 | User: rh | Page 1 of 2 |
| Date Rcvd: Jun 03, 2021 | Form ID: 318 | Total Noticed: 22 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+          Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 05, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jtdb | + | Herbert L. Lyttle, Ellen S. Lyttle, 906 W Locust Lane, Robinson, IL 62454-1221 |
| cr | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Codilis & Associates, PC, 15W030 N. Frontage Rd., Suite 100, Burr Ridge, IL 60527-6921 |
| 4164175 | + | Crawford Memorial Hospital, 1000 N. Allen St., Robinson, IL 62454-1114 |
| 4164178 | + | Fedloan, Attn: Bankruptcy, PO Box 69184, Harrisburg, PA 17106-9184 |
| 4164180 | + | Kahn, Dees, Donovan & Kahn, LLP, P.O. Box 3646, Evansville, IN 47735-3646 |
| 4164183 | + | Mr. Cooper, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 4165671 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, c/o Codilis & Associates, P.C., 15W030 North Frontage Road, Suite 100, Burr Ridge, IL 60527-6921 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 4164172 | | Email/Text: Bankruptcy.Notices@vituity.com | Jun 03 2021 17:59:00 | CEP America LLC, 2100 Powell St Ste 400, Emeryville, CA 94608 |
| 4164171 | + | EDI: CAPITALONE.COM | Jun 03 2021 22:03:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 4164174 | + | EDI: WFNNB.COM | Jun 03 2021 22:03:00 | Comenity Bank, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 4164173 | + | EDI: WFNNB.COM | Jun 03 2021 22:03:00 | Comenity Bank, PO Box 182125, Columbus, OH 43218-2125 |
| 4164176 | + | Email/Text: cthurnau@eaglerecovery.net | Jun 03 2021 17:59:00 | Eagle Recovery Associates, 2601 W. Forrest Hill Ave., Peoria, IL 61604-1812 |
| 4164177 | + | Email/Text: BankruptcyNoticing@etfcu.org | Jun 03 2021 17:59:00 | Evansville Tchrs Fed Credit Union, 4401 Theater Dr., Evansville, IN 47715-1900 |
| 4164179 | | Email/Text: jlane@gshvin.org | Jun 03 2021 17:59:00 | Good Samaritan Hospital, 520 S 7th Street, Vincennes, IN 47591-1038 |
| 4164181 | + | Email/Text: PBNCNotifications@peritusservices.com | Jun 03 2021 17:59:00 | Kohls, Attn: Credit Administrator, PO Box 3043, Milwaukee, WI 53201-3043 |
| 4164182 | + | Email/Text: med1bknotice@med1solutions.com | Jun 03 2021 17:59:00 | MED-1 Solutions, LLC, 517 US Hwy 31 N, Greenwood, IN 46142-3932 |
| 4164184 | + | EDI: NAVIENTFKASMSERV.COM | Jun 03 2021 22:03:00 | Navient, Attn: Bankruptcy, PO Box 9640, Wilkes-Barr, PA 18773-9640 |
| 4164185 | + | Email/Text: netcreditbnc@enova.com | Jun 03 2021 17:59:54 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 4164187 | + | EDI: PHINELEVATE | Jun 03 2021 22:03:00 | RISE Credit, Attn: Bankruptcy, PO Box 101808, Fort Worth, TX 76185-1808 |
| 4164186 | + | Email/PDF: resurgentbknotifications@resurgent.com | Jun 03 2021 18:07:14 | Resurgent Capital Services, Attn: Bankruptcy, PO |

Case 21-60006-lkg    Doc 34    Filed 06/05/21    Page 4 of 4

| District/off: 0754-6 | User: rh | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 03, 2021 | Form ID: 318 | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| 4164404 | + EDI: RMSC.COM | | Jun 03 2021 22:03:00 | Box 10497, Greenville, SC 29603-0497<br>Synchrony Bank, PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 4164188 | Email/Text: bankruptcytn@wakeassoc.com | | Jun 03 2021 17:59:00 | Wakefield & Associates, Attn: Bankruptcy, 7005 Middlebrook Pike, Knoxville, TN 37909 |

TOTAL: 15

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jun 05, 2021                 Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Charles A Armgardt | on behalf of Attorney James Ford carmgardt@uprightlaw.com obaltmiskis@uprightlaw.com |
| Dana S Frazier | frazierlaw@frontier.com il69@ecfcbis.com |
| James E Ford | on behalf of Joint Debtor Ellen S. Lyttle jamesefordatty@onecliq.net notices@uprightlaw.com |
| James E Ford | on behalf of Debtor Herbert L. Lyttle jamesefordatty@onecliq.net notices@uprightlaw.com |
| Joel P Fonferko | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkpleadingsSOUTHERN@il.cslegal.com |
| Peter C Bastianen | on behalf of Creditor Nationstar Mortgage LLC d/b/a Mr. Cooper bkpleadingsSOUTHERN@il.cslegal.com |
| United States Trustee | USTPRegion10.es.ecf@usdoj.gov |

TOTAL: 7